387 A.2d 659

**COMMONWEALTH of Pennsylvania**

v.

**Alphonso MUNDELL, Appellant.**

Supreme Court of Pennsylvania.

Argued April 20, 1978.

Decided June 2, 1978.

Stanley P. Stern, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

Appellant, after waiving a jury trial, was tried in the Court of Common Pleas, Philadelphia County, and was found guilty of murder in the third degree and possession of an instrument of crime. Post-verdict motions were heard and denied and appellant was sentenced. In appealing the trial court's judgment of murder in the third degree, appellant seeks a new trial.

Appellant raises two issues in this appeal: 1) that the trial court erred in not disregarding the testimony of two of the Commonwealth's witnesses who, appellant claims, were incapable of accurately observing the crime in question; and 2) that the trial court erred in not requiring the Commonwealth to introduce appellant's confession at trial. Appellant's first contention is without merit and appellant's

**618**

second contention has been waived because the issue was not raised at trial.

Judgment of sentence affirmed.